UNITED STATES DISTRICT COURT **FILED**
for the
Southern District of Illinois

APR 0 2 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA,
*Plaintiff(s)*

v.

*Defendant(s)*
Yolanda Rice

Case Number:

13 - 30254 - DRH

## NOTICE REGARDING ENTRY OF PLEA OF GUILTY

If the defendant decides at any time before trial to enter a plea of guilty, a United States Magistrate Judge is authorized by Local Rule 72.1(b), with the consent of the defendant and the United States, to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Federal Rule of Criminal Procedure 32. The assigned District Judge will act on the Magistrate Judge's Report and Recommendation, and, if the plea of guilty is accepted, the District Judge will adjudicate guilt. The District Judge also will decide whether to accept or reject any plea agreement and impose sentence.

### CONSENT

I declare my intention to enter a plea of guilty in this case, and I request and consent to a United States Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11. I understand that if my plea of guilty is accepted by the District Judge, the District Judge will find me guilty. The District Judge also will decide whether to accept or reject any plea agreement I may have with the United States and impose sentence.

x _____     4/2/14
Defendant                            Date

_____       4/2/14
Defendant's Attorney                 Date

On behalf of the United States of America, I hereby request and consent to a United States Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11 incident to the defendant entering a plea of guilty. It is understood that if the defendant's plea of guilty is accepted by the District Judge, the District Judge will adjudicate guilt. The District Judge also will decide whether to accept or reject any plea agreement between the defendant and the United States and impose sentence.

UNITED STATES OF AMERICA
By: _Michael Hallock_              4/2/14
Assistant U.S. Attorney             Date