**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

APR 0 2 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13 - 30254 - DRH |
| | ) | |
| YOLANDA RICE, | ) | Title 18, United States Code, 1347 |
| | ) | Title 21, United States Code, 843(a)(3) |
| Defendant. | ) | |

## STIPULATION OF FACTS

**The government and the defendant stipulate to the following:**

1.    From in or around May 2011 through September 12, 2012, defendant Yolanda Rice did knowingly and willfully execute a scheme to defraud a health care benefit program, namely Medicaid, in connection with the delivery of and payment for healthcare benefits and services, by authorizing through her employer, Master Medical Care and Khaja Mohsin MD, materially false prescriptions for controlled substances for Medicaid beneficiaries, and then diverting the controlled substances to herself; thereby causing false claim submissions to the Illinois Medicaid Program.

2.    The Illinois Medicaid Program paid approximately $1,884.59 in fraudulent prescription claims for controlled substances caused by Rice.

3.    That on November 30, 2011, Yolanda Rice, through fraud and misrepresentation, knowingly and intentionally obtained 180 pills of Oxycodone, a Schedule II controlled substance.

4.    That on December 31, 2011, Yolanda Rice, through fraud and misrepresentation,

knowingly and intentionally obtained 180 pills of Oxycodone, a Schedule II

controlled substance.

**IT IS SO STIPULATED.**

STEPHEN R. WIGGINTON
United States Attorney

_____            _____ for
YOLANDA RICE                         RANLEY R. KILLIAN
Defendant                            Assistant United States Attorney

_____
ETHAN SKAGGS
Attorney for Defendant

Date: _____4/2/14_____                Date: _____4/2/14_____